IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES "RANDY" TURNER and KATHRYN L. TURNER, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | No. 3:12-CV-2701-M (BF) |
| JP MORGAN CHASE BANK, N.A. and MCCARTHY, HOLTHUS & ACKERMAN LLP, | § § § § § § | |
| Defendants. | § | |

## MEMORANDUM ORDER

Defendant JPMorgan Chase Bank, N.A. has filed a motion to substitute Scott E. Haynes and Eunice Kim Nakamura of Vincent, Lopez, Serafino & Jenevein, P.C., as its counsel of record, and to allow its current counsel, Wm. Lance Lewis and Anna S. Doss of Quilling, Selander, Lownds, Winslett & Moser, P.C., to withdraw. Although the Certificate of Conference does not indicate that the motion is unopposed, the Court takes judicial notice of Plaintiffs Charles "Randy" Turner and Kathryn L. Turner's Motion to Disqualify Counsel which seeks to disqualify the Quilling Selander law firm from representing Defendant in this action. Having considered the arguments set forth in both motions, as well as those made during a May 20, 2013 hearing on Plaintiffs' motion, the Court determines that Quilling Selander should be allowed to withdraw as Defendant's counsel of record.

Accordingly, Defendant's Motion to Substitute Counsel (Doc. 51) is GRANTED. Wm. Lance Lewis and Anna S. Doss of Quilling, Selander, Lownds, Winslett & Moser, P.C. are withdrawn as Defendant's counsel of record. Scott E. Haynes and Eunice Kim Nakamura of Vincent, Lopez, Serafino & Jenevein, P.C. are substituted and shall be listed as Defendant's counsel

of record as follows:

> Scott E. Haynes
> Texas Bar No. 09280050
> shays@vilolaw.com
> Eunice K. Nakamura
> Texas Bar No. 24053305
> enakamura@vilolaw.com
> Vincent, Lopez, Serafino & Jenevein, P.C.
> Thanksgiving Tower
> 1601 Elm Street, Suite 4100
> Dallas, Texas 75201
> (214) 979-7400 (Phone)
> (214) 979-7402 (Fax)

Plaintiffs' Motion to Disqualify Counsel (Doc. 27) is DENIED as moot.

SO ORDERED, May 24, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE