IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES "RANDY" TURNER and KATHRYN L. TURNER, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A. and MCCARTHY, HOLTHUS & ACKERMAN LLP, <br><br> Defendants. | § § § § § § § § § § § § § § |

No. 3:12-CV-2701-M (BF)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 21, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  Plaintiffs' Motion to Remand (Doc. 11) is DENIED.

**SO ORDERED** this 13th day of June, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS