UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES "RANDY" TURNER and KATHRYN L. TURNER, § § § | |
| Plaintiffs, § | |
| v. § | No. 3:12-CV-2701-M (BF) |
| JPMORGAN CHASE BANK, N.A. and MCCARTHY, HOLTHUS & ACKERMAN LLP, § § § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated December 10, 2014. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Enforce Settlement Agreement (Doc. 102) is GRANTED, and all of Plaintiffs' claims and causes of action against JPMorgan Chase Bank, N.A. are DISMISSED with prejudice.

**SO ORDERED** this 14th day of January, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS