UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES "RANDY" TURNER and KATHRYN L. TURNER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:12-CV-2701-M (BF) |
| JPMORGAN CHASE BANK, N.A. and MCCARTHY, HOLTHUS & ACKERMAN LLP, | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated February 9, 2015. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Charles Turner's Application to proceed *in forma pauperis* is DENIED.

**SO ORDERED** this 3rd day of March, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS